UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: HAMMANN, THOMAS D § Case No. 18-81764
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 17, 2018. The undersigned trustee was appointed on August 17, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      8,123.19

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                    0.00
   Administrative expenses                                   0.00
   Bank service fees                                         0.00
   Other payments to creditors                               0.00
   Non-estate funds paid to 3rd Parties                      0.00
   Exemptions paid to the debtor                             0.00
   Other payments to the debtor                              0.00

   Leaving a balance on hand of [1]      $      8,123.19

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/21/2019 and the deadline for filing governmental claims was 02/21/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,562.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,562.32, for a total compensation of $1,562.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $12.36, for total expenses of $12.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/26/2019          By: /s/JOSEPH D. OLSEN
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-81764  
**Case Name:** HAMMANN, THOMAS D  

**Period Ending:** 02/26/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/17/18 (f)  
**§341(a) Meeting Date:** 10/09/18  
**Claims Bar Date:** 02/21/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Ford F150, 125000 miles, PER NADA. Entire p | 3,500.00 | 0.00 | | 0.00 | FA |
| 2 | Used furniture and household essentials | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cell Phone, Computer, TV, DVD | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Everyday necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Mans Watch | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Credit Union: Rock Valley Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Credit Union: Rock Valley Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Insurance Proceeds  (u) | 7,500.00 | 7,500.00 | | 8,123.19 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$13,100.00** | **$7,500.00** | | **$8,123.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/2018 - Kind of a nice file. Debtor filed on 08/17/2018. Before the first meeting of creditors, I received a phone call from his auto insurance carrier asking who the check should be made payable to for a full total lost claim on his pickup truck. The check was for in excess of $8,000.00 even though the Debtor listed the value of the pickup truck at $3,500.00. There was a lien on title, but there was an issue regarding its perfection. I was able to convince the purported secured creditor to release its lien on the title and procured the insurance proceeds refund for the estate. As soon as the proof of claim period expires (02/21/2019) and the proof of claims have been reviewed, the final report will be filed.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2019      **Current Projected Date Of Final Report (TFR):**   June 30, 2019

Printed: 02/26/2019 01:50 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-81764  
**Case Name:** HAMMANN, THOMAS D  

**Taxpayer ID #:** **-***5075  
**Period Ending:** 02/26/19  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/18 | {8} | state farm mutual | Ins. proceeds | 1229-000 | 8,123.19 | | 8,123.19 |
| | | | ACCOUNT TOTALS | | 8,123.19 | 0.00 | $8,123.19 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,123.19 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,123.19 | $0.00 | |

{} Asset reference(s)

Printed: 02/26/2019 01:50 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 18-81764 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HAMMANN, THOMAS D | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2967 - Checking Account |
| **Taxpayer ID #:** **-***5075 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 02/26/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 8,123.19 |
|---|---|
| Net Estate : | $8,123.19 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2966** | 8,123.19 | 0.00 | 8,123.19 |
| **Checking # ******2967** | 0.00 | 0.00 | 0.00 |
| | **$8,123.19** | **$0.00** | **$8,123.19** |

{} Asset reference(s)   Printed: 02/26/2019 01:50 PM    V.14.50

Printed: 02/26/19 01:50 PM                                                                                           Page: 1

# Exhibit "C" - Analysis of Claims Register
## Case:  18-81764   HAMMANN, THOMAS D

| **Case Balance:** | $8,123.19 | **Total Proposed Payment:** | $8,123.19 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Attorney Joseph D Olsen <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 712.50 | 712.50 | 0.00 | 712.50 | 712.50 | 7,410.69 |
|  | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 12.36 | 12.36 | 0.00 | 12.36 | 12.36 | 7,398.33 |
|  | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 1,562.32 | 1,562.32 | 0.00 | 1,562.32 | 1,562.32 | 5,836.01 |
| 1 | US Department of Education c/o Nelnet | Unsecured | 9,338.94 | 9,338.94 | 0.00 | 9,338.94 | 3,441.44 | 2,394.57 |
| 2 | Credit Acceptance | Unsecured | 6,498.06 | 6,498.06 | 0.00 | 6,498.06 | 2,394.57 | 0.00 |
|  | **Total for Case 18-81764 :** |  | **$18,124.18** | **$18,124.18** | **$0.00** | **$18,124.18** | **$8,123.19** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $2,287.18 | $2,287.18 | $0.00 | $2,287.18 | 100.000000% |
| **Total Unsecured Claims :** | $15,837.00 | $15,837.00 | $0.00 | $5,836.01 | 36.850477% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 18-81764
Case Name: HAMMANN, THOMAS D
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 8,123.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,123.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,562.32 | 0.00 | 1,562.32 |
| Trustee, Expenses - JOSEPH D. OLSEN | 12.36 | 0.00 | 12.36 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 712.50 | 0.00 | 712.50 |

Total to be paid for chapter 7 administration expenses: $ 2,287.18
Remaining balance: $ 5,836.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,836.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 5,836.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,837.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 9,338.94 | 0.00 | 3,441.44 |
| 2 | Credit Acceptance | 6,498.06 | 0.00 | 2,394.57 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,836.01 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims: **$**    0.00
    Remaining balance:    **$**    0.00

**UST Form 101-7-TFR (05/1/2011)**