**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   HAMMANN, THOMAS D. | Chapter 7 |
| Debtor(s) | Case No. 18-81764 |
| | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 5, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jacob E. Maegli
Eric Pratt Law Firm PC
5411 E. State Street, Suite 202
Rockford, IL  61108
rockford@jordanpratt.com

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

        /s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report Certificate of Service.wpd

Thomas D. Hammann
615 Kinglsey Drive
Machesney Park, IL  61115

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

US Department of Education
c/o Nelnet
121 S. 13th Street, Suite 201
Lincoln NE  68508

Credit Acceptance
25505 W. 12 Mild Road #3000
Southfield, MI  48034